**HUMAN GENOME SCIENCES, INC., Plaintiff–Appellant,**

v.

**IMMUNEX CORPORATION and Amgen, Inc., Defendants– Appellees.**

No. 2008–1418.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2009.

### ORDER DISMISSING THE APPEAL

Appellant Human Genome Sciences, Inc.'s motion for a voluntary dismissal of the appeal is GRANTED. The parties shall bear their own costs on appeal.

---

**LYCOS, INC., Plaintiff–Appellant,**

v.

**TIVO INC., Defendant,**

and

**Netflix, Inc., Defendant–Appellee,**

and

**Blockbuster, Inc., Defendant–Appellee.**

No. 2009–1586.

United States Court of Appeals, Federal Circuit.

Oct. 14, 2009.

Jeffrey L. Snow, Michael E. Zeliger, K & L Gates LLP, Boston, MA, for Defendant–Appellee Blockbuster, Inc.

Sarah Chapin Columbia, McDermott, Will & Emery, Boston, MA, for Plaintiff–Appellant.

Lynn H. Pasahow, Virginia K. Demarchi, Darren E. Donnelly, Fenwick & West LLP, Mountain View, CA, for Defendant–Appellee Netflix, Inc.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).